(A number 244-756-846)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENDERSON ALEXANDER MOLINA CORTEZ, | Case No. 5:26-cv-00767-JFW-MAR |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MARKWAYNE MULLIN[1] et al, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition, in part, and **ORDERING** Respondent to immediately release Petitioner from custody unless he is provided with a Rodriguez bond hearing within 7 days of this Order; directing that during the hearing, the IJ should affirmatively inquire regarding and consider Petitioner's own financial circumstances in compliance with Hernandez; and directing Respondents to file a notice of compliance within twenty-four hours of the entry of Judgment.

Dated: June 12, 2026

_____
HONORABLE JOHN F. WALTER
United States District Judge

---

[1] Markwayne Mullin is substituted in for Kristi Noem.  See Fed. R. Civ. P. 25(d).