JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YENDERSON ALEXANDER MOLINA CORTEZ, | Case No. 5:26-cv-00767-JFW-MAR |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN[1] et al, | |
| Respondent. | |

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondent is ordered to immediately release **Petitioner Yenderson Alexander Molina Cortez (A number 244-756-846)** from custody unless he is provided with a <u>Rodriguez</u> bond hearing within 7 days of this Order, at which the IJ must affirmatively inquire regarding and consider Petitioner's own financial circumstances in compliance with <u>Hernandez</u>.  Respondents are directed to file a notice of compliance within twenty-four hours of the entry of Judgment.

Dated: June 12, 2026

_____
HONORABLE JOHN F. WALTER
United States District Judge

---

[1] Markwayne Mullin is substituted in for Kristi Noem.  <u>See</u> Fed. R. Civ. P. 25(d).